Cyndie M. Chang (SBN 227542)
cmchang@duanemorris.com
Dan Terzian (SBN 283835)
dterzian@duanemorris.com
**DUANE MORRIS LLP**
865 South Figueroa Street, Suite 3100
Los Angeles, CA  90017-5450
Telephone:  +1 213.689.7400
Fax:          +1 213.689.7401

Attorneys for Defendant GLOBAL EXCEL MANAGEMENT, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a public trust corporation, on behalf of the University of California, Irvine Medical Center,<br><br>Plaintiff,<br><br>vs.<br><br>GLOBAL EXCEL MANAGEMENT, INC., a Canadian for-profit corporation; CANASSURANCE HOSPITAL SERVICE ASSOCIATION, a Quebec non-profit corporation doing business as QUEBEC BLUE CROSS; CANASSISTANCE, INC., a Quebec Corporation; PBC HEALTH BENEFITS SOCIETY, a British Columbia non-profit society doing business as PACIFIC BLUE CROSS; and DOES 1 THROUGH 25, INCLUSIVE,<br><br>Defendants. | Case No.<br><br>**DEFENDANT GLOBAL EXCEL MANAGEMENT, INC.'S NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT PURSUANT TO 28 U.S.C. § 1441**<br><br>**DEMAND FOR JURY TRIAL** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO EACH PARTY AND THEIR ATTORNEY OF RECORD:**

PLEASE TAKE NOTICE THAT Defendant Global Excel Management, Inc. ("Global Excel") hereby removes this action from the Superior Court of California,

County of Orange, to the United States District Court, Central District of California. This Notice of Removal of Action to Federal Court Pursuant to 28 U.S.C. § 1441 ("Notice") is based upon the following:

## JURISDICTION

1. This Court has jurisdiction of this removed action pursuant to 28 U.S.C. §§ 1332 and 1441(b) (diversity). Complete diversity of citizenship exists. Plaintiff Regents of the University of California ("Plaintiff") is a citizen of California, and Global Excel is a citizen of Canada. The amount in controversy is $450,126.63, exclusive of interest and costs.

## VENUE

2. The proper forum for removal is the United States District Court for the Central District of California, Southern Division because the State Court Action was filed in the Superior Court of California in and for the County of Orange. 28 U.S.C. §§ 84(c) and 1441(a).

## THE SUPERIOR COURT ACTION AND TIMELINESS OF REMOVAL

3. On May 10, 2016, Plaintiff commenced an action in the Superior Court of California, County of County of Orange, entitled *The Regents of the University of California v. Global Excel Management, Inc.*, Case No. 30-2016-00851275 (the "State Court Action"). In its Complaint, Plaintiff alleges that it has suffered a loss in the amount of $450,126.63, exclusive of interest and costs, and alleges causes of action for breach of implied-in-fact contract and *quantum meruit*. Attached as Exhibit A is a copy of the Complaint, Summons, and international service documentation.

4. Global Excel is the only remaining, named defendant in the State Court Action. Originally, the Complaint named three other defendants: Canassurance Hospital Service Association ("Canassurance"); Canassistance, Inc. ("Canassistance"); and PBC Health Benefits Society ("PBC"). All three are Canadian citizens; they are entities organized under Canadian law, with their

principal places of business in Canada.  *See* Exhibit A, Complaint at ¶¶ 3–5.  Prior to removal of the State Court Action, Plaintiff dismissed Canassurance, Canassistance, and PBC.  Attached as Exhibit B is a copy of the documents effecting this dismissal.  Alternatively, in the unlikely event that Canassurance, Canassistance, and PBC have not yet been officially dismissed from the State Court Action, they consent to removal of the State Court Action to federal court.  28 U.S.C. § 1446(b)(2).

5. On August 5, 2016, Global Excel was served with a copy of the Complaint and the Summons at its principal place of business in Sherbrooke, Quebec, Canada.  *See* Exhibit A, Summary of Documents to be Served.

6. This Notice is timely pursuant to 28 U.S.C. § 1446(b) because it has been filed within thirty days of service of the Complaint on Global Excel.

7. As required by 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served on Global Excel are attached hereto as Exhibit A.  Exhibit B has not yet been formally served on Global Excel.

## **BASIS FOR REMOVAL JURISDICTION**

8. This Court has jurisdiction over the State Court Action pursuant to 28 U.S.C. §§ 1332 and 1441(b) (diversity).

9. Complete diversity of citizenship exists, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

10. Plaintiff is a California citizen.  It is a California public trust corporation with its principal place of business in California.  *See* Exhibit A, Complaint at ¶ 1.

11. Global Excel is not a California citizen.  Global Excel is a Canadian corporation organized and existing pursuant to the laws of the Canadian province of Quebec with its principal place of business in Sherbrooke, Quebec.  *See id.* at ¶ 2.

12. Though not material to this Notice, Global Excel notes that the three dismissed defendants were all Canadian corporations with their principal places of business in Canada.  *See id.* at ¶¶ 3–5.

13. The above allegations of citizenship are true as of both the undersigned date and the filing date for the State Court Action.

14. The amount in controversy, exclusive of interest and costs, exceeds $75,000. The Complaint alleges damages of $450,126.63. *Id.* at ¶¶ 25, 30–31.

### NOTICE TO STATE COURT AND TO PLAINTIFF

15. Contemporaneously with the filing of this Notice in the United States District Court for the Central District of California, and pursuant to 28 U.S.C. § 1446(d), the undersigned will give written notice of this filing to Plaintiff's counsel of record, and a copy of the Notice will be filed with the Clerk of the Superior Court of California, County of Orange.

Dated: September 2, 2016　　　**DUANE MORRIS LLP**

By: /s/ Cyndie M. Chang
　　Cyndie M. Chang
　　Dan Terzian
　　Attorneys for Defendant GLOBAL EXCEL MANAGEMENT, INC.

## JURY DEMAND

Global Excel hereby demands a trial by jury on all issues so triable.

Dated: September 2, 2016      **DUANE MORRIS LLP**

By: /s/ Cyndie M. Chang
    Cyndie M. Chang
    Dan Terzian
    Attorneys for Defendant GLOBAL EXCEL MANAGEMENT, INC.